Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−15081−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard H Race
   aka Richard Henry Race
   10 Sayre Street, No. 2
   Elizabeth, NJ 07208

Social Security No.:
   xxx−xx−8307

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/18/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 18, 2024
JAN: car

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 24-15081-RG

Richard H Race                                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                       User: admin                            Page 1 of 3

Date Rcvd: Jun 18, 2024               Form ID: 148                       Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol     Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard H Race, 10 Sayre Street, No. 2, Elizabeth, NJ 07208-3606 |
| 520263896 | | Liberty Water Company, Box 371852, Pittsburg, PA 15250-7852 |
| 520263898 | | Oklahoma Turnpike Authority, License Plate Toll Invoicing Dept., 3500 N Martin Luther King Ave., Oklahoma City, OK 73111-4221 |
| 520263901 | | State of New Jersey-Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 3 Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 520263907 | | TD Bank, N.A., Td Bank Usbc, Greenville, SC 29607 |
| 520288310 | + | US Small Business Administration, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 18 2024 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 18 2024 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520263889 | | Email/Text: correspondence@credit-control.com | Jun 18 2024 20:36:00 | Credit Control, LLC, 3300 Rider Trial S, Suite 500, Eath City, MO 63045 |
| 520263875 | + | Email/Text: SNagel@cedarfinancial.com | Jun 18 2024 20:36:00 | Cedar Financial, Attn: Bankruptcy, 5230 Las Virgenes Rd, Calabasas, CA 91302-3448 |
| 520263876 | + | Email/Text: SNagel@cedarfinancial.com | Jun 18 2024 20:36:00 | Cedar Financial, 5230 Las Virgenes Road, Calabasas, CA 91302-3448 |
| 520263882 | + | EDI: CITICORP | Jun 19 2024 00:24:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 520263881 | + | EDI: CITICORP | Jun 19 2024 00:24:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520263884 | + | EDI: CITICORP | Jun 19 2024 00:24:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520263883 | + | EDI: CITICORP | Jun 19 2024 00:24:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520263885 | + | EDI: CITICORP | Jun 19 2024 00:24:00 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520263886 | + | EDI: CITICORP | Jun 19 2024 00:24:00 | Costco Citi Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 520263888 | + | EDI: CCS.COM | Jun 19 2024 00:24:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 520263887 | + | EDI: CCS.COM | | |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Jun 18, 2024 | Form ID: 148 | Total Noticed: 43

| Recipient ID | | Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 19 2024 00:24:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 520263891 | + | EDI: CMIGROUP.COM | | |
| | | | Jun 19 2024 00:24:00 | Credit Management, LP, 631 S. Royal Lane, Coppell, TX 75019-0304 |
| 520263890 | + | EDI: CMIGROUP.COM | | |
| | | | Jun 19 2024 00:24:00 | Credit Management, LP, Attn: Bankruptcy, 6080 Tennyson Parkway, Suite 100, Plano, TX 75024-6002 |
| 520270431 | | EDI: DISCOVER | | |
| | | | Jun 19 2024 00:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520263893 | + | EDI: DISCOVER | | |
| | | | Jun 19 2024 00:24:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520263892 | + | EDI: DISCOVER | | |
| | | | Jun 19 2024 00:24:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520263894 | + | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |
| | | | Jun 18 2024 20:35:00 | EZ Pass, 375 McCarter Hwy, Newark, NJ 07114-9801 |
| 520263895 | | EDI: IRS.COM | | |
| | | | Jun 19 2024 00:24:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520263878 | | EDI: JPMORGANCHASE | | |
| | | | Jun 19 2024 00:24:00 | Chase Auto Finance, 700 Kansas Lane, Monroe, LA 71203 |
| 520263877 | | EDI: JPMORGANCHASE | | |
| | | | Jun 19 2024 00:24:00 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane La, Monroe, LA 71203 |
| 520263879 | | EDI: JPMORGANCHASE | | |
| | | | Jun 19 2024 00:24:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520263880 | | EDI: JPMORGANCHASE | | |
| | | | Jun 19 2024 00:24:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 520263897 | + | EDI: AISMIDFIRST | | |
| | | | Jun 19 2024 00:24:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520263900 | + | EDI: PMSCOLLECTS.COM | | |
| | | | Jun 19 2024 00:24:00 | Progressive Management Systems, 1521 W. Cameron Ave, West Covina, CA 91790-2738 |
| 520263899 | + | EDI: PMSCOLLECTS.COM | | |
| | | | Jun 19 2024 00:24:00 | Progressive Management Systems, Attn: Bankruptcy Department, 1521 W Cameron Ave., First Floor, West Covina, CA 91790-2738 |
| 520263902 | + | EDI: SYNC | | |
| | | | Jun 19 2024 00:24:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263903 | + | EDI: SYNC | | |
| | | | Jun 19 2024 00:24:00 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520263905 | + | EDI: SYNC | | |
| | | | Jun 19 2024 00:24:00 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520263904 | + | EDI: SYNC | | |
| | | | Jun 19 2024 00:24:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520263906 | | EDI: TDBANKNORTH.COM | | |
| | | | Jun 19 2024 00:24:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |
| 520289735 | ^ | MEBN | | |
| | | | Jun 18 2024 20:34:25 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520269054 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | | Jun 18 2024 20:39:26 | U.S. Department of Housing and Urban Development, 26 Federal plaza, Suite 3541, New York, NY 10278 |
| 520263908 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | | Jun 18 2024 20:39:26 | US Department of Housing and Urban Devel, 451 7th Street, S.W., Washington, DC 20410-0001 |
| 520263909 | + | Email/Text: bankruptcynotices@sba.gov | | |
| | | | Jun 18 2024 20:35:00 | US Small Business Administration, Attn: Bankruptcy, 409 3rd St, Sw Floor 2, Washington, DC 20416-0005 |

| | | | |
|---|---|---|---|
| 520263910 | + Email/Text: bankruptcynotices@sba.gov | Jun 18 2024 20:35:00 | US Small Business Administration, 1441 L Street Nw, Washington, DC 20416-0001 |
| 520288310 | ^ MEBN | Jun 18 2024 20:31:17 | US Small Business Administration, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce H Levitt | on behalf of Debtor Richard H Race blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4